| | |
|---|---|
| Hubert H. Kuo (SBN 204036)<br>ARDENT LAW GROUP, PC<br>2301 Dupont Dr., Ste. 510<br>Irvine, CA 92612<br>Tel: (949) 863-9782<br>Fax: (949) 863-9783<br>Email: hkuo@ardentlawgroup.com | William L. Buus (SBN 180059)<br>SCHIFFER & BUUS, APC<br>3070 Bristol St., Ste. 530<br>Costa Mesa, CA 92626<br>Tel: (949) 825-6140<br>Fax: (949) 825-6141<br>Email: wbuus@lexopusfirm.com |

Attorneys for Plaintiff ASIA VITAL COMPONENTS CO., LTD.

| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>Robert.McCauley@Finnegan.com<br>Jacob A. Schroeder (SBN 264717)<br>Jacob.Schroeder@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>3300 Hillview Ave.<br>Palo Alto, CA 94304-1203<br>Tel: (650) 849-6600<br>Fax: (650) 849-6666 | Arpita Bhattacharyya (*pro hac vice*)<br>arpita.bhattacharyya@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>Two Seaport Ln., 6th Fl.<br>Boston, MA 02210-2001<br>Tel: (617) 646-1600<br>Fax: (617) 646-1666 |

Attorneys for Defendant ASETEK DANMARK A/S

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIA VITAL COMPONENTS CO., LTD., a Taiwan R.O.C. corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ASETEK DANMARK A/S,<br><br>Defendant. | Case No.: 3:16-CV-07160-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO DISCLOSE INVALIDITY CONTENTIONS AND SUBSEQUENT DUE DATES** |

Declaratory Judgment Plaintiff ASIA VITAL COMPONENTS CO., LTD. ("AVC") recently substituted in new counsel for AVC in this action (see Dkt. No. 67 filed March 18, 2017). AVC recently asked Defendant ASETEK DANMARK A/S ("Asetek") to agree that AVC may have additional time to prepare and serve its Invalidity Contentions and Document Productions Accompanying Same

(collectively "Invalidity Contentions"). With the Court's permission, and noting that this stipulation (if granted) will not affect the Court's previously scheduled dates for the tutorial and claim construction hearings in this action, AVC and Asetek hereby stipulate and request an order extending the due date for the Invalidity Contentions by 30 days, as well as subsequent disclosures and events as provided in the following table:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Invalidity Contentions | May 30, 2017 | June 30, 2017 |
| Exchange of Proposed Terms for Construction | June 13, 2017 | August 4, 2017 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | August 4, 2017 | August 18, 2017 |
| Deadline to file Joint Claim Construction and Prehearing Statement | August 15, 2017 | August 25, 2017 |
| Damages Contentions | July 19, 2017 | September 1, 2017 |
| Claim Construction Discovery Cutoff | September 14, 2017 | Same as Original Deadline |
| Deadline to file Opening Claim Construction Brief | September 29, 2017 | Same as Original Deadline |
| Responsive Damages Contentions | August 18, 2017 | September 29, 2017 |
| Deadline to file Responsive Claim Construction Brief (Local Rule - 14 Days after Opening Brief) | October 13, 2017 | Same as Original Deadline |
| Deadline to file Reply in Support of Opening Claim Construction Brief (Local Rule - 7 days after Responsive Brief) | October 20, 2017 | Same as Original Deadline |

-2-
STIPULATION AND [PROPOSED] ORDER

| Claim Construction Hearing | November 7, 2017 - 1:30 pm | Same as Original Deadline |

The requested extension of time will provide AVC and its new counsel additional time to prepare and complete the Invalidity Contentions. Moreover, at the request of Asetek, the schedule proposed above avoids having the Exchange of Proposed Terms for Construction and other work during July, when a counsel for Asetek will be preparing for the California Bar Exam. There have been no previous time modifications in this case.

Respectfully submitted,

ARDENT LAW GROUP, PC

Dated:  May 24, 2017     By:     */s/ Hubert H. Kuo*
Hubert H. Kuo
Attorneys for Plaintiff ASIA VITAL COMPONENTS CO., LTD.

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

Dated:  May 24, 2017     By:     */s/ Robert F. McCauley*
Robert F. McCauley
Attorneys for Attorneys for Defendant ASETEK DANMARK A/S

//
//
//
//
//
//
//
//

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, THE PARTIES' STIPULATION IS GRANTED.  IT IS SO ORDERED.

Dated: June 12, 2017

_____
Hon. Jon S. Tigar
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SIGNATURE APPROVAL**

I, Hubert H. Kuo, attest that the above listed signatories on whose behalf this document is being filed, have concurred in the filing's content and have authorized the filing.

/s/ *Hubert H. Kuo*
Hubert H. Kuo