Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jacob Schroeder (SBN 264717)
jacob.schroeder@finegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
Arpita Bhattacharyya (*pro hac vice*)
arpita.bhattacharyya@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666


Attorneys for Defendant
ASETEK DANMARK A/S

Hubert H. Kuo (SBN 204036)
hku@ardentlawgroup.com
Alexander J. Chang (SBN 247921
aching@ardentlawgroup.com
ARDENT LAW GROUP, P.C.
2301 Dupont Drive, Suite 510
Irvine, CA 92612-1530
Telephone:    (949) 863-9782
Facsimile:    (949) 863-9783

William L. Buus (SBN 180059)
wbuus@schifferbuus.com
SCHIFFER & BUUS, APC
3070 Bristol St., Ste. 530
Costa Mesa, CA 92626


Attorneys for Plainitff
ASIA VITAL COMPONENTS CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIA VITAL COMPONENTS CO., LTD.,<br><br>        Plaintiff and<br>        Counterdefendant,<br><br>    v.<br><br>ASETEK DANMARK A/S<br><br>        Defendant and<br>        Counterclaimant. | CASE NO. 3:16-cv-07160-JST<br><br>**JOINT STIPULATION TO EXTEND THE DEADLINE REGARDING SUBMISSION OF DAMAGES CONTENTIONS; [PROPOSED] ORDER** |

At the request of Asetek Danmark A/S's ("Asetek") counsel, Plaintiff Asia Vital Components Co., Ltd. ("AVC") and Defendant Asetek respectfully stipulate, with the Court's permission, to continue the deadline regarding the submission of Damages Contentions, as provided below.

Asetek requests that the deadline for the submission of its Damages Contentions and AVC's Responsive Damages Contentions be continued by two weeks, which will have no impact on the Court's Claim Construction schedule. Asetek has requested this modification due to an unforeseen development in another matter requiring Asetek's counsel to respond to an extensive petition within a week.

Accordingly, the parties' stipulate and request that the Court modify the dates in the case schedule as follows:

| Event | Current Date | Proposed New Date |
|-------|-------------|-------------------|
| Damages Contentions | September 1, 2017 | September 15, 2017 |
| Responsive Damages Contentions | September 29, 2017 | October 16, 2017 |

Dated: August 25, 2017

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP


By: */s/ Arpita Bhattacharyya*
    Arpita Bhattacharyya
    Attorney for Defendant and Counterclaimant
    ASETEK DANMARK A/S


Dated: August 25, 2017

ARDENT LAW GROUP, P.C.


By: */s/ William L. Buus*
    William L. Buus
    Attorney for Plaintiff and Counterdefendant
    ASIA VITAL COMPONENTS CO., LTD.

**ATTESTATION**

Counsel for Asetek Danmark A/S hereby attests by her signature below that concurrence in the filing of this document was obtained from counsel for Asia Vital Components Co., Ltd.

Dated: August 25, 2017

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP


By: /s/ Arpita Bhattacharyya
    Arpita Bhattacharyya
    Attorney for Defendant and Counterclaimant
    ASETEK DANMARK A/S

# [~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _August 28, 2017_ _____

_____
The Honorable Jon S. Tigar
United States District Court
Northern District of California