Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jacob Schroeder (SBN 264717)
jacob.schroeder@finegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
Arpita Bhattacharyya (*pro hac vice*)
arpita.bhattacharyya@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Defendant and Counterclaimant
ASETEK DANMARK A/S

Hubert H. Kuo (SBN 204036)
hku@ardentlawgroup.com
Alexander J. Chang (SBN 247921
aching@ardentlawgroup.com
ARDENT LAW GROUP, P.C.
2301 Dupont Drive, Suite 510
Irvine, CA 92612-1530
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

William L. Buus (SBN 180059)
wbuus@schifferbuus.com
SCHIFFER & BUUS, APC
3070 Bristol St., Ste. 530
Costa Mesa, CA 92626

Attorneys for Plainitff and Counterdefedant
ASIA VITAL COMPONENTS CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIA VITAL COMPONENTS CO., LTD., <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> ASETEK DANMARK A/S <br><br> Defendant and Counterclaimant. | CASE NO. 3:16-cv-07160-JST <br><br> **JOINT STIPULATION TO EXTEND DEADLINES REGARDING MOTION TO AMEND INVALIDITY CONTENTIONS; [PROPOSED] ORDER** |

At the request of Asetek Danmark A/S's ("Asetek") counsel, Plaintiff Asia Vital Components Co., Ltd. ("AVC") and Defendant Asetek respectfully stipulate, with the Court's permission, to continue remaining briefing deadlines regarding AVC's Motion for Leave to Amend Invalidity Contentions ("AVC's Motion"), as provided below. These proposed changes will not affect the hearing date and will provide the Court with two weeks to consider the fully briefed motion.

Asetek's current deadline to file its opposition to AVC's Motion is September 29. Asetek requests that its opposition be due two weeks later, on October 12. Asetek has requested this modification because its opening claim construction brief for this case is also due on September 29 (the current due for Asetek's opposition), Asetek's counsel have been preparing and traveling for depositions this week, and Asetek's counsel also have significant submissions due in three *inter partes* review proceedings soon after the current due date for Asetek's opposition to AVC's Motion. Asetek respectfully requests the Court's permission to continue the current due dates so that Asetek's counsel can fully consider and brief the matter.

Accordingly, the parties' stipulate and request that the Court modify the briefing schedule as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Asetek's Opposition to AVC's Motion | September 29, 2017 | October 12, 2017 |
| AVC's Reply Supporting its Motion | October 6, 2017 | October 19, 2017 |
| Hearing date | November 2, 2017 | 11/16/17~~No change~~ |

Dated: September 21, 2017          FINNEGAN, HENDERSON, FARABOW,
                                   GARRETT & DUNNER, LLP


                                   By:    */s/ Arpita Bhattacharyya*
                                          Arpita Bhattacharyya
                                          Attorney for Defendant and Counterclaimant
                                          ASETEK DANMARK A/S


Dated: September 21, 2017          SCHIFFER & BUUS, APC


                                   By:    */s/ William L. Buus*
                                          William L. Buus
                                          Attorney for Plaintiff and Counterdefendant
                                          ASIA VITAL COMPONENTS CO., LTD.


## ATTESTATION

Counsel for Asetek Danmark A/S hereby attests by her signature below that concurrence in the filing of this document was obtained from counsel for Asia Vital Components Co., Ltd.

Dated: September 21, 2017          FINNEGAN, HENDERSON, FARABOW,
                                   GARRETT & DUNNER, LLP


                                   By:    */s/ Arpita Bhattacharyya*
                                          Arpita Bhattacharyya
                                          Attorney for Defendant and Counterclaimant
                                          ASETEK DANMARK A/S

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
The hearing date will be moved to November 16, 2017.

Dated: September 21, 2017

The Honorable Jon S. Tigar
United States District Court
Northern District of California