| | |
|---|---|
| Hubert H. Kuo (SBN 204036) <br> ARDENT LAW GROUP, PC <br> 2301 Dupont Dr., Ste. 510 <br> Irvine, CA 92612 <br> Tel: (949) 863-9782 <br> Fax: (949) 863-9783 <br> Email: hkuo@ardentlawgroup.com | William L. Buus (SBN 180059) <br> SCHIFFER & BUUS, APC <br> 3070 Bristol St., Ste. 530 <br> Costa Mesa, CA 92626 <br> Tel: (949) 825-6140 <br> Fax: (949) 825-6141 <br> Email: wbuus@lexopusfirm.com |

Attorneys for Plaintiff ASIA VITAL COMPONENTS CO., LTD.

Robert F. McCauley (SBN 162056)
Robert.McCauley@Finnegan.com
Arpita Bhattacharyya (*pro hac vice*)
Arpita.Bhattacharyya@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3300 Hillview Ave.
Palo Alto, CA 94304-1203
Tel: (650) 849-6600
Fax: (650) 849-6666

Attorneys for Defendant ASETEK DANMARK A/S

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIA VITAL COMPONENTS CO., LTD., a Taiwan R.O.C. corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ASETEK DANMARK A/S, <br><br> Defendant. <br><br> AND ALL RELATED COUNTERCLAIMS | Case No.: 3:16-CV-07160-JST <br><br> **JOINT STIPULATION TO EXTEND CLAIM CONSTRUCTION DEADLINES; [PROPOSED] ORDER** <br><br> Claim Construction Hearing: <br> Date: December 19, 2017 <br> Time: 1:30 p.m. <br> Courtroom 9 |

At the request of Plaintiff and Counter-defendant Asia Vital Components Co., Ltd.'s ("AVC") counsel, AVC and Defendant and Counterclaimant Asetek Danmark A/S's ("Asetek") respectfully stipulate, with the Court's permission, to extend the remaining briefing due dates for AVC's Responsive Claim Construction Brief and Asetek's Reply to AVC's Claim Construction Brief, as provided for in the following table ("Deadlines Table"). These proposed changes will not affect the claim construction hearing date and will provide the Court with over one month to consider the fully briefed claim construction positions:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Deadline to file Responsive Claim Construction Brief (Local Rule - 14 Days after Opening Brief) | October 13, 2017 | October 27, 2017 |
| Deadline to file Reply in Support of Opening Claim Construction Brief (Local Rule - 7 days after Responsive Brief) | October 20, 2017 | November 10, 2017 |
| Claim Construction Hearing (continued by the Court per Dkt. No. 88) | December 19, 2017 – 1:30 p.m. | Unchanged. |

This Court recently continued the Claim Construction Hearing from November 17, 2017 to December 19, 2017. AVC's counsel is currently in the process of moving offices to a new location. The extended deadline will allow counsel to have more time to properly draft AVC's claim construction brief.

Accordingly, the parties stipulate and request through their respective counsel of record to extend the due dates as set forth in the Deadlines Table.

IT IS HEREBY STIPULATED by and between the parties that the remaining due dates for the claim construction briefing shall be extended as provided for in the Deadlines Table.

//

//

//

## ATTESTATION

Counsel for AVC hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Asetek Danmark A/S.

SCHIFFER & BUUS, APC

Dated: October 4, 2017  By: */s/ William L. Buus*
William L. Buus
Attorneys for Plaintiff and Counter-defendant
ASIA VITAL COMPONENTS CO., LTD.

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

Dated: October 4, 2017  By: /s/ Arpita Bhattacharyya

Robert F. McCauley
Arpita Bhattacharyya
Attorneys for Attorneys for Defendant and
Counterclaimant ASETEK DANMARK A/S

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 5, 2017

_____
Hon. Jon S. Tigar
UNITED STATES DISTRICT JUDGE