Hubert H. Kuo (Cal. Bar No. 204036)
hkuo@ardentlawgroup.com
Alexander J. Chang (Cal. Bar No. 247921)
achang@ardentlawgroup.com
ARDENT LAW GROUP, PC
2301 Dupont Dr., Suite 510
Irvine, CA 92612
Tel: (949) 863-9782
Fax: (949) 863-9783

William L. Buus (Cal. Bar No. 180059)
wbuus@schifferbuus.com
SCHIFFER & BUUS, APC
959 South Coast Drive, Suite 385
Costa Mesa, CA 92626
Tel: (949) 825-6140
Fax: (949) 825-6141

Attorneys for *Plaintiff/Counterclaim Defendant*
ASIA VITAL COMPONENTS CO., LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ASIA VITAL COMPONENTS CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> ASETEK DANMARK A/S, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | CASE NO. 3:16-cv-07160-JST <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |

The parties, Plaintiff/Counterclaim Defendant ASIA VITAL COMPONENTS CO., LTD. (hereinafter "AVC") and Defendant/Counterclaimant ASETEK DANMARK A/S (hereinafter "Asetek"), hereby stipulate, by and through their counsel of record, as follows:

1. On January 17, 2018, the Court scheduled a Case Management Conference in this action for February 21, 2018 (ECF Docket Entry 107);

2. Counsel for AVC represented to counsel for Asetek that he anticipates being engaged in trial during the weeks of February 12th, 19th, and 26th, 2018; and,

3. Counsel for the parties met and conferred and agreed, subject to this Court's approval, to continue the Case Management Conference two weeks to March 7, 2018.

THEREFORE, THE PARTIES HEREBY STIPULATE, subject to this Court's approval, that the Case Management Conference will be continued from February 21, 2018 to March 7, 2018.

Respectfully submitted,

Dated: January 31, 2018　　　　SCHIFFER & BUUS APC

By: /s/ William L. Buus
William L. Buus
Attorneys for Plaintiff and Counterclaim Defendant
ASIA VITAL COMPONENTS CO., LTD.

Dated: January 31, 2018　　　　FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: /s/ Arpita Bhattacharyya
Arpita Bhattacharyya
Attorney for Defendant and Counterclaimant
ASETEK DANMARK A/S



IT IS SO ORDERED
Judge Jon S. Tigar

Dated: February 5, 2018

ARDENT LAW GROUP, PC
2301 Dupont Dr., Suite 510
Irvine, California 92612
Telephone (949) 863-9782
Facsimile (949) 863-9783