Hubert H. Kuo (Cal. Bar No. 204036)
hkuo@ardentlawgroup.com
Alexander J. Chang (Cal. Bar No. 247921)
achang@ardentlawgroup.com
ARDENT LAW GROUP, PC
2301 Dupont Dr., Suite 510
Irvine, CA 92612
Tel: (949) 863-9782
Fax: (949) 863-9783

William L. Buus (Cal. Bar No. 180059)
wbuus@schifferbuus.com
SCHIFFER & BUUS, APC
959 South Coast Drive, Suite 385
Costa Mesa, CA 92626
Tel: (949) 825-6140
Fax: (949) 825-6141

Attorneys for *Plaintiff/Counterclaim Defendant*
ASIA VITAL COMPONENTS CO., LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ASIA VITAL COMPONENTS CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> ASETEK DANMARK A/S, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | CASE NO. 3:16-cv-07160-JST <br><br> STIPULATION TO PERMIT COUNSEL FOR PLAINTIFF/COUNTERCLAIM DEFENDANT ASIA VITAL COMPONENTS CO., LTD. TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |

The parties, Plaintiff/Counterclaim Defendant ASIA VITAL COMPONENTS CO., LTD. (hereinafter "AVC") and Defendant/Counterclaimant ASETEK DANMARK A/S (hereinafter "Asetek"), hereby stipulate, by and through their counsel of record, as follows:

1. A Case Management Conference in the above-captioned action is scheduled for Wednesday, March 5, 2018, at 2:00 p.m.;

2. Counsel for AVC represented to counsel for Asetek that, only recently, he received his son's baseball game schedule and that the first game is scheduled for this Wednesday afternoon; and,

3. Counsel for the parties met and conferred and agreed, subject to this Court's approval, to permit counsel for AVC to appear at the upcoming Case Management Conference by telephone.

THEREFORE, THE PARTIES HEREBY STIPULATE, subject to this Court's approval, that counsel for AVC is permitted to appear at the Case Management Conference scheduled in the above-captioned case for Wednesday, March 5, 2018, at 2:00 p.m. by telephone.

Respectfully submitted,

Dated: March 5, 2018  SCHIFFER & BUUS APC

By: /s/ William L. Buus
William L. Buus
Attorneys for Plaintiff and Counterclaim Defendant
ASIA VITAL COMPONENTS CO., LTD.

Dated: March 5, 2018  FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: /s/ Robert F. McCauley
Robert F. McCauley
Attorney for Defendant and Counterclaimant
ASETEK DANMARK A/S



IT IS SO ORDERED
Judge Jon S. Tigar

Dated: March 6, 2018

ARDENT LAW GROUP, PC
2301 Dupont Dr., Suite 510
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783