| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com<br>Jacob Schroeder (SBN 264717)<br>jacob.schroeder@finegan.com<br>Jeffrey D. Smyth (SBN 280665)<br>jeffrey.smyth@finnegan.com<br>Arpita Bhattacharyya (SBN 316454)<br>arpita.bhattacharyya@finnegan.com<br>James S. Miller (SBN 317363)<br>james.miller@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, California  94304<br>Telephone:     (650) 849-6600<br>Facsimile:      (650) 849-6666<br><br>Attorneys for Defendant and Counterclaimant<br>ASETEK DANMARK A/S | Hubert H. Kuo (SBN 204036)<br>hkuo@ardentlawgroup.com<br>ARDENT LAW GROUP, P.C.<br>4340 Von Karman Ave., Suite 290<br>Newport Beach, California<br>Telephone: (949) 299-0188<br>Facsimile:  (949) 299-0127<br><br>Wei Lin Chen (Cal. Bar No. 225611)<br>williamchen@zoomlaw.com.tw<br>ZOOMLAW ATTORNEYS-AT LAW<br>5F-4, No. 171 Songde Rd. Xinyi Dist.,<br>Taipei City 11085. Taiwan (R.O.C.)<br>Tel: +(866) 2-2759-5585<br>Fax: +(866) 2-2759-5589<br><br>William L. Buus (SBN 180059)<br>wbuus@schifferbuus.com<br>SCHIFFER & BUUS, APC<br>959 South Coast Drive, Suite 385<br>Costa Mesa, CA 92626<br>Telephone:     (949) 825-6140<br>Facsimile:      (949) 825-6141<br><br>Attorneys for Plaintiff and Counterdefendant<br>ASIA VITAL COMPONENTS CO., LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIA VITAL COMPONENTS CO., LTD.,<br><br>            Plaintiff and<br>            Counterdefendant,<br><br>     v.<br><br>ASETEK DANMARK A/S<br><br>            Defendant and<br>            Counterclaimant. | CASE NO. 3:16-cv-07160-JST<br><br>**STIPULATION REGARDING ACCESS TO ASETEK'S CONFIDENTIAL INFORMATION BY AVC'S COUNSEL WEI LIN CHEN;**<br><br>**[PROPOSED]** **ORDER** |

Plaintiff and Counterclaim Defendant Asia Vital Components Co., Ltd. ("AVC") and Defendant and Counterclaimant Asetek Danmark A/S ("Asetek"), through their counsel of record, jointly stipulate as follows:

1. Attorney Wei Lin Chen, who has represented that he represents AVC in this case and is a member of the Bar of this Court, may have access to Asetek's documents and information designated as CONFIDENTIAL and HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the terms and restrictions for "Outside Counsel of Record" in the Northern District of California's Patent Local Rule 2-2 Interim Model Protective Order ("Operative Protective Order," found at https://www.cand.uscourts.gov/model-protective-orders) which governs this case, upon his signing and providing to Asetek's counsel his signed Agreement and Acknowledgement to Be Bound (Exhibit A to the Operative Protective Order).

2. Jennifer Tan and Melody Foo (supporting staff of Zoomlaw to Mr. Chen), upon signing and providing to Asetek's counsel with their signed Agreement and Acknowledgement to Be Bound, may similarly have access to Asetek's documents and information designated as CONFIDENTIAL and HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the terms and restrictions for "Outside Counsel of Record" under the Operative Protective Order. Other than Mr. Chen, Ms. Tan, and Ms. Foo, no other support staff, employee, consultant, or personnel working for, at, or employed by Zoomlaw Attorneys-At-Law ("Zoomlaw"), nor any other support staff working for or with Mr. Chen, may have any access to Asetek's documents or information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Operative Protective Order. Other than Mr. Wei Lin Chen, Zoomlaw attorneys who are not Outside Counsel of Record under the Operative Protective Order may not have access to Asetek's

documents or information that Asetek has designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Operative Protective Order.

3. For avoidance of doubt: 1) Mr. Wei Lin Chen, Ms. Jennifer Tan, and Ms. Melody Foo may not disclose (orally or otherwise), show, share, transfer, or provide access to Asetek's HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY documents or information to any other attorney, support staff, employee, consultant, or personnel working for, at, or employed by Zoomlaw; and 2) Mr. Wei Lin Chen, Ms. Jennifer Tan, and Ms. Melody Foo will securely store and maintain Asetek's CONFIDENTIAL and HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY documents and information so that they are not accessible to anyone else, including but not limited to any other attorney, support staff, employee, consultant, or personnel working for, at, or employed by at Zoomlaw.

Respectfully submitted,

Dated: October 5, 2018
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: /s/ Robert F. McCauley
Robert F. McCauley
Attorneys for Defendant and Counterclaimant
ASETEK DANMARK A/S

Dated: October 5, 2018
ARDENT LAW GROUP, PC

By: /s/ Hubert H. Kuo
Hubert H. Kuo
Attorneys for Plaintiff ASIA VITAL COMPONENTS CO., LTD.

| | | |
|---|---|---|
| 1 | Dated: October 5, 2018 | SCHIFFER & BUUS APC |
| 2 | | |
| 3 | | By: */s/ William L. Buus*<br>William L. Buus |
| 4 | | Attorneys for Plaintiff ASIA VITAL COMPONENTS<br>CO., LTD. |
| 5 | Dated: October 5, 2018 | |

By: */s/ Wei Lin Chen*
Wei Lin Chen
Attorney for Plaintiff ASIA VITAL COMPONENTS
CO., LTD.

**ATTESTATION**

Counsel for Asetek Danmark A/S hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Asia Vital Components Co., Ltd.

Dated: October 5, 2018         FINNEGAN, HENDERSON, FARABOW,
                                GARRETT & DUNNER, LLP


By: */s/ Robert F. McCauley*
Robert F. McCauley
Attorneys for Defendant and Counterclaimant
ASETEK DANMARK A/S

**[PROPOSED]** **ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, THE PARTIES' STIPULATION IS GRANTED.

IT IS SO ORDERED.

Dated: October 9, 2018

_____
Hon. Jon S. Tigar
UNITED STATES DISTRICT JUDGE