# Exhibit A

Robert F. McCauley (SBN 162056)
Robert.McCauley@Finnegan.com
Jacob A. Schroeder (SBN 264717)
Jacob.Schroeder@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
Arpita Bhattacharyya (*pro hac vice*)
arpita.bhattacharyya@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA  94304-1203
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

*Attorneys for Defendant and Counterclaimant*
Asetek Danmark A/S

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIA VITAL COMPONENTS CO., LTD.,<br><br>        Plaintiff and<br>        Counterdefendant,<br><br>        v.<br><br>ASETEK DANMARK A/S,<br><br>        Defendant and<br>        Counterclaimant. | CASE NO. 3:16-cv-07160-JST<br><br>**ASETEK DANMARK A/S'S SECOND SET OF INTERROGATORIES TO ASIA VITAL COMPONENTS CO., LTD. (NO. 7)** |

**PROPOUNDING PARTY:** ASETEK DANMARK A/S

**RESPONDING PARTY:** ASIA VITAL COMPONENTS CO., LTD.

**SET NO.:** TWO

TO ASIA VITAL COMPONENTS CO., LTD. AND ITS ATTORNEYS OF RECORD:

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Asetek Danmark A/S hereby directs Asia Vital Components Co., Ltd. to provide a sworn, written response to the following interrogatories within thirty days of the date of service hereof.

## INSTRUCTIONS AND DEFINITIONS

The Instructions and Definitions set forth in Asetek Danmark A/S's First Set of Interrogatories to Asia Vital Components Co., Ltd., dated May 13, 2017, are hereby incorporated by reference in their entirety.

In addition, this request is governed by the following Definitions:

1. The term "AVC PRODUCTS ACCUSED OF INFRINGING" means the products identified as infringing the '362 patent and the '764 patent pursuant to L.R. 3-1(b) in Asetek Danmark A/S's Disclosure of Asserted Claims and Infringement Contentions, dated May 15, 2017 ("Asetek's Infringement Contentions"), including the AVC K7 1.5, AVC K7127N, AVC K9, Riotoro Bifrost 120Ti, and Riotoro Bifrost 240 (or the same or similar products sold under different product names or numbers), and including any amendment or supplementation of Asetek's Infringement Contentions.

2. The term "ASSERTED CLAIM" means the claims asserted pursuant to L.R. 3-1(a) in Asetek's Infringement Contentions, and including any amendment or supplementation of same.

## INTERROGATORIES

**INTERROGATORY NO. 7:**

For each of the AVC PRODUCTS ACCUSED OF INFRINGING, describe in detail, on a claim-by-claim and element-by-element basis, AVC's factual and legal bases for its contention (if any) that AVC has not infringed and does not continue to infringe each ASSERTED CLAIM of the PATENTS-IN-SUIT, including without limitation a detailed description of all facts that AVC asserts demonstrates that AVC does not infringe (directly, indirectly, or under the doctrine of equivalents)

each ASSERTED CLAIM of the PATENTS-IN-SUIT and identification of all DOCUMENTS regarding same on which AVC intends to rely.

Dated: August 2, 2017

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

By: */s/ Arpita Bhattacharyya*
    Arpita Bhattacharyya
    *Attorney for Defendant and Counterclaimant*
    Asetek Danmark A/S

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in Palo Alto, California. I am over the age of 18 years, and not a party to this action. My business address is Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, 3300 Hillview Avenue, Palo Alto, California 94304 ("Finnegan"). On August 2, 2017, I caused the following document(s) to be served on the party(s) listed below in the manner(s) indicated:

- **ASETEK DANMARK A/S'S SECOND SET OF INTERROGATORIES TO ASIA VITAL COMPONENTS CO., LTD. (NO. 7)**

| | |
|---|---|
| Hubert H. Kuo, (CA SBN 204036)<br>hkuo@ardentlawgroup.com<br>Alexander J. Chang (CA SBN 247921)<br>achang@ardentlawgroupcom<br>ARDENT LAW GROUP, P.C.<br>230l Dupont Drive, Suite 510<br>Irvine, CA 92612<br>General: (949) 863-9782<br>Facsimile: (949) 863-9783 | ☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☒ Via Email<br>☐ Via Facsimile |
| William L. Buus (CA SBN 180059)<br>wbuus@schifferbuus.com<br>SCHIFFER & BUUS, APC<br>3070 Bristol Street, Suite 530<br>Costa Mesa, CA 92626<br>General: (949) 825-6140<br>Facsimile: (949) 825-6141 | ☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☒ Via Email<br>☐ Via Facsimile |

*Attorneys for Plaintiff and Counterdefendant*
Asia Vital Components Co., Ltd.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed August 2, 2017, at Palo Alto, California.

/s/Randal J. Holderfield
Randal J. Holderfield
Litigation Legal Assistant